Rel: April 11, 2025

STATE OF ALABAMA -- JUDICIAL DEPARTMENT
THE SUPREME COURT
OCTOBER TERM, 2024-2025

SC-2024-0364

Ashton Diontae Patterson v. Gabrielle Glenn (Appeal from Montgomery
Circuit Court: CV-22-900958).

SHAW, Justice.

AFFIRMED. NO OPINION.

See Rule 53(a)(1) and (a)(2)(F), Ala. R. App. P.

Stewart, C.J., and Bryan, Mendheim, and Cook, JJ., concur.